UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  MO:13-CR-00010(7)-RAJ |
| | § |           MO:15-CV-00142 |
| (7) LETICIA BRETZ | § | |

## ORDER OF REFERRAL

It is ORDERED that the Motion to Vacate, filed in the above-styled and numbered cause, is referred to the United States Magistrate Judge for the Midland/Odessa Division, pursuant to the authority vested in United States Magistrate Judges by 28 U.S.C. § 636 and Appendix C of the Local Rules for the Assignment of Duties to the United States Magistrates.

It is further ORDERED that the Magistrate Judge, in the interest of obtaining prompt resolution of the above-styled and numbered cause, shall have the authority to issue any preliminary orders and conduct any necessary evidentiary hearings or other appropriate proceedings.  The Magistrate Judge shall submit to the District Court Judge a report containing proposed Findings of Fact and Recommendations for disposition of the above-captioned cause.

Signed this 15th 15th day of October, 2015.

_____
ROBERT JUNELL
SENIOR U. S. DISTRICT JUDGE