IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **LETICIA BRETZ** | ) | |
| | ) | |
| vs. | ) | CR. NO. MO-13-CR-10(7) |
| | ) | CV. NO. MO-15-CV-142 |
| **UNITED STATES OF AMERICA** | ) | |

## MOTION FOR EXTENSION OF TIME

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the United States Attorney for the Western District of Texas, and files this Motion for Extension of Time to Respond to Petitioner's Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.

The Government requests that the Court extend the Government's response date to January 20, 2016. This motion for extension is made in the interest of justice and not merely for delay.

Respectfully Submitted,

RICHARD L. DURBIN, JR.
ACTING UNITED STATES ATTORNEY

By:   /s/ BRANDI YOUNG
Assistant United States Attorney
400 West Illinois, Suite 1200
Midland, Texas 79701
432-686-4110
432-686-4124 (Fax)

## Certificate of Conference

The Government assumes Plaintiff opposes the Government's Motion.

## Certificate of Service

I hereby certify that on December 17, 2015 I filed this document with the Clerk using the CM/ECF filing system.   As the Plaintiff is in custody, I will cause a copy of the document to be mailed to:   Leticia Bretz, Reg #92027-080, FCI Aliceville, P.O.Box 4000, Aliceville, AL 35442.

    /s/ Brandi Young
Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| **LETICIA BRETZ** | ) | |
| | ) | |
| **vs.** | ) | **CR. NO. MO-13-CR-10** |
| | ) | **CV. NO. MO-15-CV-142** |
| **UNITED STATES OF AMERICA** | ) | |

## ORDER

ON THIS DATE came on to be considered the Government's Motion for Extension of Time in the above-numbered and styled cause and the Court after considering same is of the opinion that said motion should be granted.

IT IS THEREFORE ORDERED that Government is granted an extension to respond to Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody until January 20, 2016.

SIGNED and ENTERED this the _____ day of _____, 2015.

_____
ROBERT JUNELL
United States District Judge